## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **07 - CV - 02041** BNB   OCT 1 - 2007

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

MICHAEL GENE YOUNG,

      Plaintiff,

v.

BILL RITTER, JR., Governor State of Colorado,
LOU ARCHULETA, Warden Arkanasa [sic] Vally [sic] Correctional Facility,
KELLY WASKO, Head of Medical AVCF,
PATTY BEECROFT, M.D.,
THEODORE LAURENCE, P.A.,
THOMAS A. ESKESTRAND, M.D.,
ORVILLE NEUFELD, M.D.,
GARY A. GO, M.D.,
LOUIS CABILING, M.D.,
R. LINDSAY LILLY, M.D.,
BARRY PARADUS, Head of Medical Services DOC,
TEJINDER SINGH, P.A.,
DANNY ENGLUND, M.D., and
JOSEPH WERMERS, M.D.,

      Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner's Motion and Affidavit for Colorado

Department of Corrections Legal Access Program to Comply With Federal Rules of

Civil Procedure. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted documents are deficient as described in this

Dockets.Justia.com

order.  Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Plaintiff will be directed to cure the following if he wishes to

pursue his claims.  Any papers which the Plaintiff files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  __  is not submitted
(2)  __  is missing affidavit
(3)  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing required financial information
(5)  __  is missing an original signature by the prisoner
(6)  __  is not on proper form (must use the court's current form)
(7)  __  names in caption do not match names in caption of complaint, petition or habeas application
(8)  __  An original and a copy have not been received by the court. Only an original has been received.
(9)  __  other:_____.

**Complaint, Petition or Application:**
(10)  X  is not submitted
(11)  __  is not on proper form (must use the court's current form)
(12)  __  is missing an original signature by the prisoner
(13)  __  is missing page nos. ___
(14)  __  uses et al. instead of listing all parties in caption
(15)  __  An original and a copy have not been received by the court.  Only an original has been received.
(16)  __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  __  names in caption do not match names in text
(18)  __  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

2

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 28th day of September , 2007.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.    07 - CV - 0 2041

Michael Gene Young
Prisoner No. 81310
Arkansas Valley Corr. Facility
PO Box 1000 - Unit 4-B-10
Crowley, CO 81034


I hereby certify that I have mailed a copy of the **ORDER and two copies of the
Prisoner Complaint** to the above-named individuals on  10-1-07

GREGORY C. LANGHAM, CLERK

By:  _____
Deputy Clerk