## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02041-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 7 2007

GREGORY C. LANGHAM
CLERK

MICHAEL GENE YOUNG,

Plaintiff,

v.

BILL RITTER, JR., Governor, State of Colorado,
LOU ARCHULETA, Warden, Arkansas Valley Correctional Facility, Associate Director
    of Colorado Department of Corrections,
KELLY WASKO, Head of Medical, Arkansas Valley Correctional Facility,
PATTY BEECROFT, MD, Arkansas Valley Correctional Facility,
THEODORE LAURENCE, PA, Arkansas Valley Correctional Facility,
THOMAS A. ESKESTRAND, MD, PC, Colorado Department of Corrections,
ORVILLE NEUFELD, PHD., D.O. Colorado Department of Corrections,
GARY A. GO, MD, Colorado State Hospital & Colorado Department of Corrections,
LOUIS CABILING, MD, for CCF & FCF,
R. LINDSAY LILLY, JR., MD,
BARRY PARADUS, Head of Department of Corrections Clinical Services,
STAFF JOHN DOE AND JANE DOE 1-50, at CSP Colorado State Prison, FCF Fremont
    Correctional Facility, CCF Centennial Correctional Facility, BVCF Buena Vista
    Correctional Facility, AVCF Arkansas Valley Correctional Facility, LCF Limon
    Correctional Facility,
PA TEJINDER SINGH, PA at AVCF,
MD DANNY ENGLUND, MD AVCF, and
MD JOSEPH WERMERS, MD AVCF,

Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion for Appointment of Counsel" filed on December 12, 2007, is
DENIED as premature. Plaintiff's "Motion and Notice of Colorado Department of
Corrections Legal Access Programs Refusal to Comply with Federal Rules of Civil
Procedure" filed on December 12, 2007, in which Plaintiff asks the court to make and
send to Plaintiff copies of the declarations filed on December 12, 2007, is DENIED.
The court will not make copies for Plaintiff unless Plaintiff prepays the cost of the
copies. The clerk of the court is directed to return to Plaintiff, together with a copy of
this minute order, the seven declarations filed in this action on December 12, 2007.

Plaintiff is advised to retain copies of any documents he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated: December 18, 2007

Copies of this **Minute Order, and the seven declarations filed 12/12/07** were mailed on December 18, 2007, to the following:

Michael Gene Young
Prisoner No. 81310
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

_____
Secretary/Deputy Clerk