IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02041-BNB

MICHAEL GENE YOUNG,

Plaintiff,
v.

BILL RITTER, JR., Governor, State of Colorado,
LOU ARCHULETA, Warden, Arkansas Valley Correctional Facility, Associate Director
	of Colorado Department of Corrections,
KELLY WASKO, Head of Medical, Arkansas Valley Correctional Facility,
PATTY BEECROFT, MD, Arkansas Valley Correctional Facility,
THEODORE LAURENCE, PA, Arkansas Valley Correctional Facility,
THOMAS A. ESKESTRAND, MD, PC, Colorado Department of Corrections,
ORVILLE NEUFELD, PHD., D.O. Colorado Department of Corrections,
GARY A. GO, MD, Colorado State Hospital & Colorado Department of Corrections,
LOUIS CABILING, MD, for CCF & FCF,
R. LINDSAY LILLY, JR., MD,
BARRY PARADUS, Head of Department of Corrections Clinical Services,
STAFF JOHN DOE AND JANE DOE 1-50, at CSP Colorado State Prison, FCF Fremont
	Correctional Facility, CCF Centennial Correctional Facility, BVCF Buena Vista
	Correctional Facility, AVCF Arkansas Valley Correctional Facility, LCF Limon
	Correctional Facility,
PA TEJINDER SINGH, PA at AVCF,
MD DANNY ENGLUND, MD AVCF, and
MD JOSEPH WERMERS, MD AVCF,

Defendants.

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Michael Gene Young, is a prisoner in the custody of the Colorado

Department of Corrections at the Arkansas Valley Correctional Facility at Crowley,

Colorado. Mr. Young has filed **pro se** a Prisoner Complaint pursuant to 42 U.S.C. §

1983 alleging that his rights under the United States Constitution have been violated.

The court must construe the complaint liberally because Mr. Young is representing

himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Young will be ordered to file an amended complaint.

The court has reviewed the complaint filed by Mr. Young and finds that it is deficient. First, Mr. Young fails to allege facts to demonstrate that each of the named Defendants personally participated in the asserted constitutional violation. Although Mr. Young appears to allege that most of the medical providers named as Defendants somehow have been involved in his medical care over the years, he fails to allege any facts to demonstrate that Defendants Bill Ritter, Jr., Lou Archuleta, or Barry Paradus personally participated in the asserted constitutional violations. In addition, Mr. Young fails to identify who he is suing with respect to his third, fifth, and seventh claims for relief.

Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Young must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Young will be directed to file an amended complaint in which he alleges specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violation. In order for Mr. Young to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Young is reminded that it is his responsibility to present his claims in a manageable format that allows the court and the Defendants to know what claims are being asserted and to be able to respond to those claims. Accordingly, it is

ORDERED that Mr. Young file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Young, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Young fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED January 10, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02041-BNB

Michael Gene Young
Reg. No. 81310
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** and **two copies of Prisoner Complaint** to the above-named individuals on 1/10/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk