# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02041-EWN-BNB

MICHAEL G. YOUNG,

      Plaintiff,

v.

THOMAS A. ESKESTRAND, MD,
ORVILLE NEUFELD, PHD, D.O.,
R. LINDSAY LILLY, JR., MD,
LOUIS CABLING, MD,
GARY A. GO, MD,
KELLY WASKO, R.N.,
THEODORE LAURENCE, PA,
TEJINDER SINGH, PA,
PATTY BEECROFT, MD,
DANNY ENGLUND, MD,
JOSEPH WERMERS, MD,
DEBRA HOWE, R.N., and
JOHN DOE AND JANE DOE 1-50,

      Defendants.





FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 3 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.  It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: March 13, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02041-EWN-BNB

Michael G. Young
Prisoner No. 81310
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Thomas Eskestrand, Orville Neufeld,
R. Lindsay Lilly, Jr., Louis Cabling,
Gary Go, Kelly Wasko, Theodore Laurence,
Tejinder Singh, Patty Beecroft, Danny Englund,
Joseph Wermers, and Debra Howe  - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Thomas Eskestrand, Orville Neufeld, R. Lindsay Lilly, Jr., Louis Cabling, Gary Go, Kelly Wasko, Theodore Laurence, Tejinder Singh, Patty Beecroft, Danny Englund, Joseph Wermers, and Debra Howe; and to John Suthers: AMENDED COMPLAINT FILED 3/06/08, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on _3/18/08_ .

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk