IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02041-CMA-BNB

MICHAEL GENE YOUNG,

Plaintiff,

v.

THOMAS A. ESKESTRAND, M.D.,
ORVILLE NEUFELD, PhD D.O.,
R. LINDSAY LILLY JR., M.D.,
LOUIS CABLING, M.D.,
GARY A. GO, M.D.,
KELLY WASKO, RN,
THEODORE LAWRENCE, PA,
TEJENDER SINGH, PA,
PATTY BEECROFT, M.D.,
DANNY ENGLUND, M.D.,
JOSEPH WERMERS, M.D.,
DEBRA HOWE, RN,
JOHN DOE AND JANE DOE 1-50,

Defendants.

_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion to Set for Trial** [Doc. #76, filed 12/22/08] (the "Motion"). The Motion is DENIED.

The request is premature. I have just entered a recommendation on the defendants' motion to dismiss; no scheduling conference has occurred; and no discovery has been conducted. A trial will be set, if necessary, after the final pretrial conference.

IT IS ORDERED that the Motion is DENIED.

Dated January 26, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge