IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02041-CMA-BNB

MICHAEL GENE YOUNG, #81310,

Plaintiff,

v.

THOMAS A. ESKESTRAND, M.D.,
ORVILLE NEUFELD, PHD., D.O.,
R. LINDSEY, LILLY, JR., M.D.,
LOUIS CABLING, M.D.,
GARY A GO, M.D.,
KELLY WASKO, RN,
THEODORE LAWRENCE, P.A.,
TEJINDER SINGH, P.A.,
PATTY BEECROFT, M.D.,
DANNY ENGLUND, M.D.,
JOSEPH WERMERS, M.D.,
DEBRA HOWE, RN, and
JOHN DOE AND JANE DOE 1-50,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Court Order** [docket no. 91, filed February 25, 2009] (the "Motion").

      IT IS ORDERED that the Motion is DENIED.

      IT IS FURTHER ORDERED that a copy of this order is to be mailed to the following:

CASE MANAGER FOR
MICHAEL GENE YOUNG #81310
AVCF
P. O. BOX 1000
CROWLEY, CO 81034

DATED: March 9, 2009