IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02041-CMA-BNB

MICHAEL GENE YOUNG, #81310,

Plaintiff,

v.

THOMAS A. ESKESTRAND, M.D.,
ORVILLE NEUFELD, PHD., D.O.,
R. LINDSEY, LILLY, JR., M.D.,
LOUIS CABLING, M.D.,
GARY A GO, M.D.,
KELLY WASKO, RN,
THEODORE LAWRENCE, P.A.,
TEJINDER SINGH, P.A.,
PATTY BEECROFT, M.D.,
DANNY ENGLUND, M.D.,
JOSEPH WERMERS, M.D.,
DEBRA HOWE, RN, and
JOHN DOE AND JANE DOE 1-50,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Patty Beecroft's Motion for Extension of Discovery Deadline for the Limited Purpose of Conducting Deposition of Plaintiff** [docket no. 113, filed June 15, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **July 1, 2009**, for the limited purpose of conducting the deposition of plaintiff.

DATED:  June 16, 2009