IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02041-CMA-BNB

MICHAEL GENE YOUNG, #81310,

Plaintiff,

v.

THOMAS A. ESKESTRAND, M.D.,
ORVILLE NEUFELD, PHD., D.O.,
R. LINDSEY, LILLY, JR., M.D.,
LOUIS CABLING, M.D.,
GARY A GO, M.D.,
KELLY WASKO, RN,
THEODORE LAWRENCE, P.A.,
TEJINDER SINGH, P.A.,
PATTY BEECROFT, M.D.,
DANNY ENGLUND, M.D.,
JOSEPH WERMERS, M.D.,
DEBRA HOWE, RN, and
JOHN DOE AND JANE DOE 1-50,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

       This matter is before the Court on the **Defendant Beecroft's Motion to Allow Deposition of Plaintiff Michael Gene Young Pursuant to Fed.R.Civ.P. 30(a)(2)** [docket no. 114, filed June 15, 2009] (the "Motion").

       IT IS ORDERED that the Motion is GRANTED and the deposition of plaintiff Michael Gene Young is to be taken on July 1, 2009, at 9:00 a.m. at Arkansas Valley Correctional Facility.


DATED:  June 16, 2009