IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02041-CMA-BNB

MICHAEL GENE YOUNG, #81310,

Plaintiff,

v.

THOMAS A. ESKESTRAND, M.D.,
ORVILLE NEUFELD, PHD., D.O.,
R. LINDSEY, LILLY, JR., M.D.,
LOUIS CABLING, M.D.,
GARY A GO, M.D.,
KELLY WASKO, RN,
THEODORE LAWRENCE, P.A.,
TEJINDER SINGH, P.A.,
PATTY BEECROFT, M.D.,
DANNY ENGLUND, M.D.,
JOSEPH WERMERS, M.D.,
DEBRA HOWE, RN, and
JOHN DOE AND JANE DOE 1-50,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to View Transcript of Deposition Taken July 1st, 2009 of Michael Gene Young** [docket no. 138, filed July 29, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED:  August 25, 2009